Marvin A. Glazer (AZ Bar No. 5885)
    email: mglazer@cvglaw.com
CAHILL GLAZER PLC
2141 East Highland Ave., Suite 155
Phoenix, Arizona  85016
Ph. (602) 956-7000
Fax (602) 495-9475
Email: mglazer@cvglaw.com

Attorneys for Plaintiff
Protex Your Tech, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| **PROTEX YOUR TECH, LLC**, an Arizona limited liability company,<br>                **Plaintiff**,<br>vs.<br>**IOCELL NETWORKS CORP.**, a Delaware corporation, and **AMAZON.COM, INC.**, a Delaware corporation,<br>                **Defendants**. | CIV NO. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**AND JURY DEMAND** |

Plaintiff Protex Your Tech, LLC ("Protex") hereby files this Complaint for Patent Infringement against Defendants Iocell Networks Corp. ("Iocell") and Amazon.com, Inc. ("Amazon)", hereinafter collectively referred to as "Defendants"), and alleges as follows:

## PARTIES

1. Protex is an Arizona limited liability company with its principal place of business at 1825 E. Northern Ave., Suite 253, Phoenix, Arizona 85020.

2. On information and belief, Defendant Iocell is a Delaware corporation with a place of business at 5 Market Street, Suite #520, Plainsboro, NJ  08536.

3. On information and belief, Defendant Amazon.com is a corporation of the

-1-

State of Delaware, having a principal place of business at 410 Terry Avenue North, Seattle, Washington 98109.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 1338(a).

6. This Court may exercise personal jurisdiction over Defendants based on their contacts with this forum, including regularly and intentionally doing business here.

7. Defendant Iocell directly or through intermediaries ships, distributes, offers for sale, sells and advertises various products in this State and District, including on information and belief the products accused of patent infringement and products used in the course of patent infringement. As set forth herein, on information and belief, Defendant Iocell has committed the tort of patent infringement, and has contributed to and induced acts of patent infringement by others, within this State and District.

8. Defendant Amazon.com directly or through intermediaries ships, distributes, offers for sale, sells and advertises various products in this State and District, including on information and belief the products accused of patent infringement and products used in the course of patent infringement. As set forth herein, on information and belief, Defendant Amazon.com has committed the tort of patent infringement, and has contributed to and induced acts of patent infringement by others, within this State and District.

9. Defendants Iocell and Amazon.com reside within the District of Arizona for purposes of venue, and venue is proper in this District pursuant to 28 U.S.C. § 1391(b), 1391(c), and 1400(b).

# COUNT I

## INFRINGEMENT OF U.S. PATENT 6,082,535

10. Protex hereby realleges and incorporates by reference paragraphs 1-9 as if fully set forth herein.

11. Protex owns all of the rights and interests in United States Patent No. 6,082,535 ("the '535 patent") entitled "Protective Cover For A Cell Phone Or Pager", including all rights to sue and collect for past, present or future infringement of the '535 patent. A true and accurate copy of the '535 patent is attached hereto as Exhibit A.

12. The '535 patent was duly and legally issued by the United States Patent and Trademark Office on July 4, 2001. The '535 patent is presumed valid.

13. The '535 patent relates to a protective covering for a cell phone or other communications device.

14. On information and belief, Defendant Iocell markets, distributes, offers to sell, and/or sells protective covers under the brand names "Aqua Shield" and "Frog Skin" for cell phones, including cell phones sold by Apple Inc. bearing the trademark "iPhone", and for computer tablets, including those sold by Apple Inc. bearing the trademark "iPad", which protective covers practice the invention patented in the '535 patent (hereinafter, "the Accused Covers").

15. Defendant Iocell has infringed, and on information and belief, continues to infringe, the '535 patent within the meaning of 35 U.S.C. § 271 by, without Protex's authority, making, using, marketing, distributing, selling, and/or offering for sale the Accused Covers in the United States.

16. On information and belief, Defendant Amazon.com markets, distributes, offers to sell, and/or sells the Accused Covers, which practice the invention patented in the '535 patent.

17. Defendant Amazon.com has infringed, and continues to infringe, the '535 patent within the meaning of 35 U.S.C. § 271 by, without Protex's authority, marketing, distributing, selling, and/or offering for sale the Accused Covers in the United States.

18. On information and belief, Defendant Iocell has knowledge that the Accused Covers are especially made or adapted for use in a manner that infringes the '535 patent; that the Accused Covers are not a staple article or commodity of commerce; and that the Accused Covers are not suitable for substantial non-infringing use.

19. On information and belief, Defendant Amazon.com has knowledge that the Accused Covers are especially made or adapted for use in a manner that infringes the '535 patent; that the Accused Covers are not a staple article or commodity of commerce; and that the Accused Covers are not suitable for substantial non-infringing use.

18. On information and belief, Defendants Iocell and Amazon.com intend for the Accused Covers to be used by customers and/or other individuals to install over cell phones or computer tablets.

19. On information and belief, customers of Defendants Iocell and Amazon.com have used the Accused Covers supplied to them by Defendants to directly infringe the '535 patent.

20. Defendants are actively, intentionally, and/or knowingly inducing the direct infringement of the '535 patent by others, including, but not limited to customers that use the Accused Covers supplied by Defendants to protect the customers' cell phones and/or computer tablets.

21. Defendants are actively, intentionally, and/or knowingly contributing to the direct infringement of the '535 patent by others, including, but not limited to Defendants' customers that use the Accused Covers supplied by Defendants to protect the customers' cell phones and/or computer tablets.

22. Protex has been damaged by Defendants' infringing conduct.

23. Protex has been and will continue to be irreparably harmed by Defendants' infringement of the '535 patent unless injunctive relief is entered by the Court.

24. Upon information and belief, Defendant Amazon.com has continued to offer the Accused Covers for sale after receiving notice from Protex that the Accused Covers infringe the '535 patent.

25.     Defendant Amazon.com's infringement of the '535 patent has been with reckless disregard of Protex's patent rights under the '535 patent.

## COUNT II
## INFRINGEMENT OF U.S. PATENT 6,273,252

26.     Protex hereby realleges and incorporates by reference paragraphs 1-25 as if fully set forth herein.

27.     Protex owns all of the rights and interests in United States Patent No. 6,273,252 ("the '252 patent"), entitled "Protective Covering For A Hand-Held Device," including all rights to sue and collect for past, present or future infringement of the '252 patent.  A true and accurate copy of the '252 patent is attached hereto as Exhibit B.

28.     The '252 patent was duly and legally issued by the United States Patent and Trademark Office on July 4, 2001.  The '252 patent is presumed valid.

29.     The '252 patent relates to a protective covering for a hand-held device.

30.     On information and belief, Defendant Iocell markets, distributes, offers to sell, and/or sells the Accused Covers which practice the invention patented in the '252 patent.

31.     Defendant Iocell has infringed, and upon information and belief, continues to infringe, the '252 patent within the meaning of 35 U.S.C. § 271 by, without Protex's authority, making, using, marketing, distributing, selling, and/or offering for sale the Accused Covers in the United States.

32.     On information and belief, Defendant Amazon.com markets, distributes, offers to sell, and/or sells the Accused Covers, which practice the invention patented in the '252 patent.

33.     Defendant Amazon.com has infringed, and continues to infringe, the '252 patent within the meaning of 35 U.S.C. § 271 by, without Protex's authority, marketing, distributing, selling, and/or offering for sale the Accused Covers in the United States.

34.     On information and belief, Defendant Iocell has knowledge that the Accused Covers are especially made or adapted for use in a manner that infringes the '252 patent; that

the Accused Covers are not a staple article or commodity of commerce; and that the Accused Covers are not suitable for substantial non-infringing use.

35. On information and belief, Defendant Amazon.com has knowledge that the Accused Covers are especially made or adapted for use in a manner that infringes the '252 patent; that the Accused Covers are not a staple article or commodity of commerce; and that the Accused Covers are not suitable for substantial non-infringing use.

36. On information and belief, Defendants Iocell and Amazon.com intend for the Accused Covers to be used by customers and/or other individuals to install over cell phones, computer tablets, or other hand-held devices.

37. On information and belief, customers of Defendants Iocell and Amazon.com have used the Accused Covers supplied to them by Defendants to directly infringe the '252 patent.

38. Defendants are actively, intentionally, and/or knowingly inducing the direct infringement of the '252 patent by others, including, but not limited to customers that use the Accused Covers supplied by Defendants to protect the customers' cell phones, computer tablets, and/or other hand-held devices.

39. Defendants are actively, intentionally, and/or knowingly contributing to the direct infringement of the '252 patent by others, including, but not limited to Defendants' customers that use the Accused Covers supplied by Defendants to protect the customers' cell phones, computer tablets, and/or other hand-held devices.

40. Protex has been damaged by Defendants' infringing conduct.

41. Protex has been and will continue to be irreparably harmed by Defendants' infringement of the '252 patent unless injunctive relief is entered by the Court.

42. Upon information and belief, Defendant Amazon.com has continued to offer the Accused Covers for sale after receiving notice from Protex that the Accused Covers infringe the '252 patent.

43. Defendant Amazon.com's infringement of the '252 patent has been with reckless disregard of Protex's patent rights under the '252 patent.

**WHEREFORE**, Protex respectfully prays for:

(A) Judgment that Defendants have infringed the '535 and '252 patents in violation of 35 U.S.C. § 271;

(B) An injunction against further infringement of the '535 and '252 patents by Defendants, their agents, servants, employees, officers, and all others controlled by them;

(C) An award to Protex of such monetary damages to which it is entitled pursuant to 35 U.S.C. § 284, including interest and costs;

(D) An award of prejudgment interest on infringement damages, accruing from the date of each such act of infringement, as a result of Defendants' acts of infringement.

(E) An award to Protex of enhanced damages pursuant to 35 U.S.C. § 284;

(F) An award to Protex of its reasonable attorney fees as a result of willful infringement of the patents in suit pursuant to 35 U.S.C. § 285; and

(G) Any such other and further relief as the Court deems just, equitable, and proper.

## JURY TRIAL DEMAND

Protex respectfully requests that all issues so triable be tried by and before a jury.

Respectfully submitted this 27th day of March, 2012.

/s/Marvin A. Glazer
Marvin A. Glazer     email: mglazer@cvglaw.com
Cahill Glazer PLC
2141 East Highland Ave., Suite 155
Phoenix, Arizona  85016
(602) 956-7000 (Telephone)
(602) 956-4298 (Facsimile)
Attorney for Plaintiff Protex Your Tech, LLC

## CERTIFICATE OF ELECTRONIC FILING/SERVICE

I HEREBY CERTIFY that on March 27th, 2012, counsel for Plaintiff electronically filed the foregoing COMPLAINT FOR PATENT INFRINGEMENT, AND JURY DEMAND with the Clerk of the Court, along with attached Exhibits A and B, by using the Court's CM/ECF system.

                     s/Marvin A. Glazer
                     Marvin A. Glazer (AZ Bar No. 005885)